United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEDINA,

    Plaintiff,

v.

DERHAM-BURK,

    Defendant.

Case No. 25-cv-02823-NW

**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**

The Court refers this case to the Honorable P. Casey Pitts to determine whether it is related to *Medina v. Devin Derham-Burk*, Case No. 23-cv-04988-PCP. Civil L.R. 3-12(c)

**IT IS SO ORDERED.**

Dated: April 3, 2025

NOËL WISE
United States District Judge